**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CRIMINAL ACTION NO. 04-22-DLB-EBA**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**vs.**          **ORDER ADOPTING REPORT & RECOMMENDATION**

**JOSHUA PHILLIPS**                                                               **DEFENDANT**

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of the United States Magistrate Judge wherein he recommends that the Court revoke the Defendant's supervised release and impose a sentence of twenty-seven (27) months incarceration, with no supervised release to follow. (Doc. # 91). During the final revocation hearing conducted by Magistrate Judge Atkins on April 1, 2013, Defendant stipulated to Violations 1, 2,3 and 4 as set forth in the March 14, 2013 Supervised Release Violation Report. (*Id.*). The parties also jointly recommended a sentence of twenty-seven (27) months with no supervised release to follow.

Defendant having waived his right to allocution (Doc. # 90), no objections having been filed and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1)  The Magistrate Judge's Report and Recommendation (Doc. # 91) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)  Defendant is found to have **VIOLATED** the terms of his supervised release,

(3)  Defendant's supervised release is hereby **REVOKED**;

(4)  Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **TWENTY-SEVEN (27) MONTHS**, with no supervised release to follow;

(5)  Defendant shall be designated to FCI Manchester in Manchester, Kentucky, if possible; and

(6)  A Judgment shall be entered contemporaneously herewith.

This 23rd day of April, 2013.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2004\04-22 Order adopting R&R on SR.wpd